IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAL SAIDON SCHWARTZ,

    Plaintiff,                    2:09-cv-3575-GEB-EFB-PS

    vs.

STEVEN SHEA SCHWARTZ,

    Defendant.                 ORDER

_____/

        On March 29, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on April 7, 2010, and they were considered by the undersigned.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

1

reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Plaintiff's motion to shorten time and request to expedite this case, Dckt. Nos. 3 and 4, as well as plaintiff's ex parte notice of deadly illness, Dckt. No. 8, will be denied as moot.

Additionally, the court has reviewed plaintiff's motion to disqualify the magistrate judge and concludes that it is without merit.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion to disqualify Magistrate Judge Brennan, Dckt. No. 7, is denied;

2. The proposed Findings and Recommendations filed March 29, 2010, Dckt. No. 5, are ADOPTED;

3. Plaintiff's complaint is dismissed without leave to amend;

4. Plaintiff's motion to shorten time, request to expedite this case, and notice of deadly illness, Dckt. Nos. 3, 4, and 8, are denied as moot; and

5. The Clerk is directed to close the case.

Dated: May 13, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2